## UNITED STATES DISTRICT COURT
## DISTRICT COURT

---

| | |
|---|---|
| Elizabeth Jaeger, | Civil No. 05-1676 (RHK/AJB) |
| Plaintiff, | **ORDER** |
| v. | |
| Jo Anne B. Barnhart, Commissioner of Social Security, | |
| Defendant. | |

---

This matter comes before the court upon the Report and Recommendation of United States Magistrate Judge Arthur J. Boylan dated June 6, 2006. No objections having been filed to that Report and Recommendation during the afforded time period and based upon the Magistrate's findings and recommendation and this court's review of the record,

**IT IS ORDERED**:

1. The Report and Recommendation (Doc. No. 15) is **ADOPTED**;

2. Jaeger's Motion for Summary Judgment (Doc. No. 7) is **DENIED**; and

3. The Commissioner's Motion for Summary Judgment (Doc. No. 10) is **GRANTED**.

Dated: July 11, 2006

        s/Richard H. Kyle
        RICHARD H. KYLE
        United States District Judge